**COM.**

v.

**VALENZUELA, P.**

**598 MDA 2016**

Superior Court of Pennsylvania.

05/10/2017.

CP–40–CR–0001612–2015 (Luzerne)

Affirmed–Application to Withdraw as Counsel Granted

**COM.**

v.

**TAYLOR, J.**

**749 MDA 2016**

Superior Court of Pennsylvania.

5/10/2017
Reargument Denied 7/18/2017

CP–22–CR–0000444–2006 (Dauphin)

Affirmed

**COM.**

v.

**HAUN, R.**

**1607 MDA 2016**

Superior Court of Pennsylvania.

05/10/2017

CP–14–CR–0001493–2004 (Centre)

Affirmed

**COM.**

v.

**NOLT, M.**

**1755 MDA 2016**

Superior Court of Pennsylvania.

05/10/2017

CP–36–CR–0005510–2011 (Lancaster)

Affirmed––Application to Withdraw as Counsel Granted